**Form B18** (Official Form 18)(10/05)

# United States Bankruptcy Court

Eastern District of Virginia
1100 East Main Street
Richmond, VA 23219

**Case Number** 05−39060−DOT
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sharon Hamlin Pollard
106 Trafton Street
Richmond, VA 23222

Social Security No.:
Debtor: xxx−xx−6899

Employer's Tax I.D. No.:
Debtor: NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: January 13, 2006

William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

District/off: 0422-7 User: admin Page 1 of 1 Date Rcvd: Jan 16, 2006
Case: 05-39060 Form ID: B18 Total Served: 36

The following entities were served by first class mail on Jan 19, 2006.

| | |
|---|---|
| db | +Sharon Hamlin Pollard, 106 Trafton Street, Richmond, VA 23222-2036 |
| aty | +Hartley E. Roush, Krumbein & Associates, PLLC, 1650 Willow Lawn Drive, Suite 300, Richmond, VA 23230-3435 |
| aty | +Trenita Jackson Stewart, Shapiro & Burson, 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462-1893 |
| tr | +Kevin R. Huennekens, Kutak Rock L.L.P., 1111 East Main Street, Suite 800, Richmond, VA 23219-3521 |
| cr | +Deutsche Bank National Trust Company, C/O Shapiro & Burson, LLP, 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462-1893 |
| 7131547 | +1stntwddelta, Po Box 2108, Thousand Oaks, CA 91358-2108 |
| 7131548 | American Medical Collection Agcy, 2269 S. Saw Mill Rd, Bldg 3, Elmsford, NY 10523 |
| 7131549 | +Bon Secours, Richmond Health System, PO Box 28538, Richmond, VA 23228-8538 |
| 7131551 | +CCB Credit Svcs, Inc, PO Box 272, Springfield, IL 62705-0272 |
| 7131552 | +CCS, 81 W. Utah Street, Las Vegas, NV 89102-2712 |
| 7131553 | +Cingular Wireless, PO Box 17356, Baltimore, MD 21297-1356 |
| 7131554 | +Commonwealth Radiology PC, PO Box 11747, Richmond, VA 23230-0147 |
| 7131556 | +Credit Adjustment Board, for West End Anesthesia, 306 E. Grace Street, Richmond, VA 23219-1718 |
| 7131557 | +Credit Adjustment Board, for Colonial Orthopedic, 306 E. Grace Street, Richmond, VA 23219-1718 |
| 7131555 | +Credit Adjustment Board, for American Family Fitness, 306 E. Grace Street, Richmond, VA 23219-1718 |
| 7131558 | +Credit Management, 4200 International Pkwy, Carrollton, TX 75007-1912 |
| 7131559 | +Credit Systems International/ Collection, 1277 Country Club, Fort Worth, TX 76112-2304 |
| 7380124 | +DEUTSCHE BANK NATIONAL TRUST COMPANY, C/O SHAPIRO AND BURSON, 236 CLEARFIELD AVE, SUITE 215, VA BEACH VA 23462-1893 |
| 7131560 | +Dinwiddie County, R/A Commissioner of Revenue, P.O. Box 104, Dinwiddie, VA 23841-0104 |
| 7131561 | +Drive Time Credit Corp., Bankruptcy Department, 1030 N. Colorado Street, Gilbert, AZ 85233-2239 |
| 7131562 | +Dt Credit Co, 1030 North Colorad, Gilbert, AZ 85233-2239 |
| 7131563 | +Frend Fin Co, 6340 Security Blvd Suite 200, Baltimore, MD 21207-5161 |
| 7385660 | +Greater Return, LLC, 320 S. Sycamore Street, Petersburg, VA 23803-5041 |
| 7131564 | +Mark & Jackie Hensley, 106 Trafton Street, Richmond, VA 23222-2036 |
| 7131565 | +Monument Pathology, PO Box 35781, Richmond, VA 23235-0781 |
| 7131566 | +National Auto Finance, 17500 Chenal Pkwy Ste 20, Little Rock, AR 72223-9131 |
| 7131567 | +Nco Financial Svcs, Po Box 41466, Philadelphia, PA 19101-1466 |
| 7131568 | +Nextran Inc, PO Box 85005, Richmond, VA 23285-5005 |
| 7131569 | +Ocwen Federal Bank, 12650 Ingenuity Dr, Orlando, FL 32826-2717 |
| 7131570 | +Prime Care, 241 Charles Dimmock Pkwy, Ste 6, Colonial Heights, VA 23834-2949 |
| 7131571 | +Richmond Community Emergency, PO Box 791195, Baltimore, MD 21279-1195 |
| 7131572 | +Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 7131573 | Southside Regional Medical Center, PO Box 501128, St. Louis, MO 63150-0001 |
| 7131574 | +U.S. Trustee Office, 600 E. Main St., Suite 120, Richmond, VA 23219-2430 |
| 7131575 | +Vernon J. Harris East End CHC, 719 N. 25th Street, Richmond, VA 23223-6539 |

The following entities were served by electronic transmission on Jan 16, 2006 and receipt of the transmission was confirmed on:

| | |
|---|---|
| tr | +EDI: QKRHUENNEKENS.COM Jan 16 2006 20:07:00 Kevin R. Huennekens, Kutak Rock L.L.P., 1111 East Main Street, Suite 800, Richmond, VA 23219-3521 |
| 7131550 | +EDI: CAPITALONE.COM Jan 16 2006 20:07:00 Capital 1 Bk, 11013 W Broad St, Glen Allen, VA 23060-5937 |

TOTAL: 2

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 19, 2006** **Signature:** Joseph Speetjens